OPINION — AG — ** COUNTY HIGHWAY FUNDS — ROAD MAINTENANCE — DIVIDING THE FUNDS ** THERE IS NO AUTHORITY FOR DIVIDING FUNDS AVAILABLE FOR ROAD PURPOSES BETWEEN MEMBERS OF A BOARD OF COUNTY COMMISSIONERS OR BETWEEN THE DISTRICTS FROM WHICH SAID COUNTY COMMISSIONERS WERE ELECTED. (DIVIDED ROAD, HIGHWAY FUNDS, SPLIT) CITE: 19 O.S. 339 [19-339], 69 O.S. 262 [69-262], OPINION NO. FEBRUARY 25, 1937 — MALCOMM, OPINION NO. AUGUST 4, 1943 — BIGGERS (JAMES P. GARRETT)